07  CV  3108

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**New York Division**

-----------------------------------------------------------------x
                                       :

APR 18 2007

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC,
  a Delaware Limited Liability Company,

BASKIN-ROBBINS FRANCHISED SHOPS LLC, :
  a Delaware Limited Liability Company,

            Plaintiffs,

    v.                                                  :   C.A. No. _____

TKNY PARTNERS LLC,
  a New York Limited Liability Company,

            Defendant.
-----------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule of Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts" or

"Dunkin'") and Baskin-Robbins Franchised Shops LLC ("Baskin-Robbins") make the following

statement identifying all its parent corporations, and listing any publicly held company that owns

10% or more of Dunkin' Donuts' and Baskin-Robbins' stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts, a Delaware limited liability company, operates a franchise

system under the trade name "Dunkin' Donuts." Dunkin' Donuts Franchised Restaurants LLC is

a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect

subsidiary of Dunkin' Brands Holdings, Inc. DD IP Holder LLC, a Delaware limited liability

company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Dunkin' Donuts Franchised Restaurants LLC's U.S. trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiff Baskin-Robbins, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.

BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shops LLC's U.S. trademarks

Plaintiffs are unaware of any publicly held company that owns 10% or more of Plaintiffs' stock. Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

Ronald Degen, Esq. (RD 7808)
Scott Goldfinger, Esq. (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone: (212) 227-4530
Facsimile: (212) 385-9813

Robert L. Zisk (RZ 1275)

2

David E. Worthen (DW 8519)
Jimmy Chatsuthiphan (JC 3111)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC
Baskin-Robbins Franchised Shops LLC

Dated: April *18*, 2007