*Sweet, J*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**ORIGINAL**

----------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED              :
    RESTAURANTS, LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC, :

                     Plaintiffs,    : Case No. 07-CV-3108 (RWS)

          v.    :

TKNY PARTNERS LLC,    :

                  Defendant.    :

                                                                                        

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/07
```

----------------------------------------------------------------X

**ORDER TO SHOW CAUSE**

    Upon the annexed **Certification of Ronald D. Degen, pursuant to Local Rule 6.1(d),**

and all the other papers annexed hereto in support of the motion of Plaintiffs Dunkin' Donuts

Franchised Restaurants LLC and Baskin-Robbins Franchised Shops LLC for a preliminary

injunction enjoining Defendant TKNY Partners LLC to cease violating the Dunkin' Donuts and

Baskin-Robbins standards for health, sanitation and safety set forth in Defendant's Franchise

Agreement at its business located at 145 East 125th Street (2083 Lexington Avenue), New York,

New York; and sufficient cause therefor appearing, it is

    **ORDERED**, that Defendant TKNY Partners LLC show cause before HONORABLE

ROBERT W. SWEET, United States District Judge, on the *25* day of *April*, 2007, at

~~o'clock in the~~ noon of that day or as soon thereafter as counsel can be heard, at

Courtroom 18C, the United States Court House, 500 Pearl Street, New York, New York, why an

order should not be entered granting Plaintiffs' motion for a preliminary injunction enjoining

Defendant to cease violating Plaintiffs' standards for health, sanitation, and safety, as identified

on the Food Safety and Sanitation Inspection form dated April 2, 2007, attached to Plaintiffs'

motion papers as Exhibit 2-A; and it is further

   **ORDERED**, that opposition papers, if any, must be filed with the Court and served on

Plaintiffs' attorneys, and a courtesy copy must be delivered to Judge Robert W. Sweet, on or

before the 24 day of _____, 2007; and it is further

   **ORDERED**, that reply papers, if any, must be filed with the Court and served on

Defendant or its attorneys, and a courtesy copy must be delivered to Judge Robert W. Sweet, on

or before the ____ day of April 25 2007; and it is further

   **ORDERED**, that service of a copy of this Order and the papers upon which it is made

upon Defendant by overnight carrier on or before the 19 day of April, 2007, be deemed good

and sufficient service.

Dated: New York, New York

   April 19, 2007

                                           **ROBERT W. SWEET**
                                           United States District Judge