# United States Patent Office

748,901
Registered Apr. 30, 1963

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 148,372, filed July 5, 1962

## DUNKIN' DONUTS

Dunkin' Donuts of America, Inc. (Massachusetts corporation)
275 Hancock St.
Quincy, Mass.

For: RESTAURANT SERVICES, in CLASS 100.
First use May 15, 1950; in commerce July 7, 1956.
Owner of Reg. Nos. 692,491 and 715,860.

COMB. AFF. SEC. 8 & 15

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 1,148,165
Registered Mar. 3, 1981

## SERVICE MARK
Principal Register



Dunkin' Donuts of America, Inc. (Massachusetts corporation)
Pacella Park Dr.
Randolph, Mass. 02368

For: RESTAURANT AND CARRY-OUT FOOD SERVICES, in CLASS 42 (U.S. Cls. 100 and 101).

First use Jun. 20, 1976; in commerce Aug. 15, 1976.

Owner of U.S. Reg. Nos. 692,491, 988,009 and others.

The word "Donuts" is disclaimed apart from the mark as shown.

The drawing is lined for the colors orange and pink.

Ser. No. 215,289, filed May 11, 1979.

MARTIN MARKS, Primary Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 1,159,354
Registered Jun. 30, 1981

## TRADEMARK
Principal Register



Dunkin' Donuts of America, Inc. (Massachusetts corporation), a.k.a. Dunkin' Donuts
Pacella Park Dr.
Randolph, Mass. 02368

For: PLAIN, GLAZED, COATED AND FILLED FRIED CAKES, MUFFINS AND COFFEE FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 30 (U.S. Cl. 46).
First use Jun. 20, 1976; in commerce Aug. 15, 1976.
Owner of U.S. Reg. Nos. 715,860, 988,077 and others.
Applicant claims no exclusive rights in "Donuts" as the name of the goods identified herein.
The drawing is lined for the colors orange and pink.

Ser. No. 214,414, filed May 7, 1979.

RICHARD A. STRASER, Primary Examiner