# FOOD SAFETY & SANITATION INSPECTION REPORT APR - 9 2007

PC # 337513    ADDRESS: 2083 Lexington Ave New York, N.Y.

| | | RFSS Manual Reference | Photo ID Key | Inspection Date: 3/26/07 "No" = Deficiency | | | | Re-inspection Date: 4/2/07 "Yes" = Cured "No" = Deficiency ✓ = New Deficiency | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FS 1 | Are sanitizer solutions clean and of adequate concentration, and test strips used? | RFSS 2-31 & 35 | FS 1 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 2 | Are two or three-compartment sinks set up properly (Wash, Rinse, Sanitize, Air-dry)? | RFSS 2-33 & 34 | FS 2 | Yes | No | N/A | Cured* | Yes | No | | Both sinks have smaller sanit. which is better |
| FS 3 | Are necessary brushes and cleaning utensils available and in-use? | RFSS 2-32 | FS 3 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 4 | Are equipment & utensils washed, rinsed & sanitized properly and at proper frequency? | RFSS 2-20, 31 to 42 | FS 4 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 5 | Is hot and cold running water available at all sinks? | RFSS 2-8, 2-46 | FS 5 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 6 | Are food probe thermometers in use, accurate & sanitized properly? | RFSS 2-11 & 12 | FS 6 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 7 | Are refrigerated items in storage units stored at 41°F maximum? | RFSS 2-16 | FS 7 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 8 | Are refrigerated items in cold holding units stored at 41°F maximum? | RFSS 2-22 & 23 | FS 8 | Yes | No | N/A | Cured* | Yes | No | | Most Sandwich products at 53-6° All Discard |
| FS 9 | Are Employees free of illness symptoms? | RFSS 2-4 & 5, Emp. Health Placard | FS 9 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 10 | Do the Employees and Restaurant Manager understand the Dunkin' Brands Inc. standard for Employee Health and is placard posted? | RFSS 2-4 & 5 | FS 10 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 11 | Are handwash sinks provided, shielded, accessible, working properly, dedicated for hand washing only and supplied with approved hand soap and single use paper towels or heated hand dryer? | RFSS 2-8, 2-32, 2-46 | FS 11 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 12 | Are all Crewmembers demonstrating proper hygiene (e.g. properly washing hands, properly using gloves, bandaging & covering cuts, burns, & scratches)? | RFSS 2-7 to 10 | FS 12 | Yes | No | N/A | Cured* | Yes | No | | Observed Fruit Fly & House Fly |
| FS 13 | Is restaurant free of pests? (e.g. no evidence of rodents, bugs, or birds) | RFSS 2-49 to 52 | FS 13 | Yes | No | N/A | Cured* | Yes | No | | Observed 4-5 flies |
| FS 14 | Is the restaurant free of imminent health hazards (e.g. sewer backup, alleged illness outbreak, adulterated product, power outage, no running water)? | RFSS 4-2 to 10 | FS 14 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 15 | Are foods protected from contamination (e.g. off floor, covered, not under leaking pipes or condensation, shielded from sink, leftovers used only once, approved storage containers, unprocessed produce washed in colander)? | RFSS 2-15 to 20 & 24 to 30 | FS 15 | Yes | No | N/A | Cured* | Yes | No | | Yogurt & why Cream not proto |
| FS 16 | Are food allergen risks addressed (e.g. food properly labeled, current flavor strips, allergen decal posted, nut products stored below non-nut products, nut products made after non-nut products, food contact surfaces cleaned after preparation of products containing allergens)? | RFSS 2-16, 19, 24, 27, 41 | FS 16 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 17 | Are all foods dated, rotated FIFO and within code date? | RFSS 2-16, 17, 23, 24 | FS 17 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 18 | Are Dunkin' Donuts pre-portioned breakfast items cooked in an approved microwave to 140°F (or per recipe depending on product) for 15 seconds minimum? | RFSS 2-22 | FS 18 | Yes | No | N/A | Cured* | Yes | No | | |
| FS 19 | Are hot potentially hazardous foods held at 140°F minimum? | RFSS 2-22 & 23 | FS 19 | Yes | No | N/A | Cured* | Yes | No | | N/A |
| FS 20 | Are Bulk Food Items (soup, meat, chili) cooked or leftovers reheated in approved equipment to 165°F (or 140°F depending on product) for 15 seconds minimum? | RFSS 2-21 & 22 | FS 20 | Yes | No | N/A | Cured* | Yes | No | | N/A |

Cured* = The deficiency was "resolved in the moment". A Notice To Cure has not been issued for this item.

White – Corporate File    Yellow - Franchisee    Pink – Field File    Goldenrod – Legal    24 Hr. NTC 3-11-05