# FOOD SAFETY & SANITATION INSPECTION REPORT

HAND DELIVERED

To: Anil Kapoor (Franchisee)     Date: 3/26/07
Address: 2083 Lexington Ave (Restaurant)     PC #: 337513
New York, N.Y.
From: Todd Matlovsky (Dunkin' Brands, Inc. Representative)

Franchisor: Dunkin' Donuts, Baskin-Robbins, Togo's

Your restaurant was inspected today for compliance with the Company's Food Safety and Restaurant standards. A copy of the Restaurant Operations Review (Food Safety & Sanitation Inspection Report) is attached to this notice. Any violations of standards are identified as deficiencies in the inspection report. Any deficiency in any of the standards referenced in the inspection report is a default under the terms of your franchise agreement and must be cured in accordance with this notice.

The deficiencies **must be cured within *twenty- four (24) hours*** from the receipt of this notice. If you are unable to cure a deficiency or deficiencies within the designated cure period, you must immediately contact your Franchise Services Manager to discuss the matter and to request an extension of time to cure the deficiency. Any extension of time granted must be in writing. Receipt of this notice is effective upon personal delivery to the restaurant. If it should be determined, as a matter of law, that a longer cure period is required, then that longer period of time is applicable to this notice.

Your restaurant will be re-inspected without advance notice following the expiration of time provided in this notice. If all of the defaults are not cured by that time, the Company may file a lawsuit against you seeking an order from the court that you cure the defaults and pay our legal fees and costs in bringing the action. In addition, the Company may seek termination of your franchise agreement. Failure to timely cure the defaults may also result in loss of any franchise renewal rights that you may have, rights to develop additional restaurants or other valuable rights that you may have with the Company.

This notice is being hand-delivered this 26th day of March, 2007 to you as Franchisee or in care of your employee. EMPLOYEES HAVE BEEN INSTRUCTED TO DELIVER THIS NOTICE OR NOTIFY YOU IMMEDIATELY.

**First Inspection:**     **Re-inspection:**

Company Representative: _____ (Signature)     Company Representative: _____ (Signature)
Todd Matlovsky (Print)     Todd Matlovsky (Print)
Date: 3/26/07     Date: 4/2/07

Franchisee/Manager: _____ (Signature)     Franchisee/Manager: _____ (Signature)
Amit Kapoor (Print)     Amit Kapoor (Print)
Date: 3/26/07     Date: 4/2/07

This notice supplements any Notice of Default and/or Termination previously sent, relating to this restaurant. This notice does not supersede any prior Notice nor does it constitute a waiver of any rights pursuant to any Notice.