

FS 8 – Refrigerated items are not stored in cold holding units at 41ºF maximum (2nd temperature reading)



FS 8 – Refrigerated items are not stored in cold holding units at 41ºF maximum (1st temperature reading)