

FS 15 – Foods are not protected from contamination. Whip cream tip is left exposed.