

FS 15 – Foods are not protected from contamination. Yogurt is on the bottom shelf and not covered with stainless steel lid. Whip cream tip is left exposed.