

FS 2 – Three compartment sink in basement is not being used properly. Pans and baskets were in the wash water for an extended period of time and no one washing. Creates harborage for flies as noted on Steritech Pest Control Inspection of 3/22