

FS 15 – Foods are not protected from contamination. Non-potable ice from the sides of the dipping cabinet fell into the ice cream