

FS 2 – Three compartment sink in basement is not being used properly. Smallwares were in the sanitizer for an extended period of time. Creates harborage for flies as noted on Steritech Pest Control Inspection of 3/22 (close-up)