

FS 2 – Three compartment sink in basement is not being used properly. Smallwares were observed in the sanitizer for an extended period of time. (extended view)