PC #: 337513
4/02/07 Food Safety NTC Reinspection
Todd Matlovsky - OM