

FS 15 – Foods are not protected from contamination. Delivery rack does not have a bottom or a bakery pan to protect donuts