

FS 15 – Foods are not protected from contamination. Delivery rack does not have the required top to protect donuts