

FS 15 – Foods are not protected from contamination. Delivery racks are extremely dirty