UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED         :
 RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC, :

                Plaintiffs,        : Case No. 07-CV-3108 (RWS)

     v.                                       :

TKNY PARTNERS LLC,                :

                Defendant.          :

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on April 19, 2007 at 4:00 P.M. at 2083 Lexington Avenue, New York, New York I served Plaintiff's Order to Show Cause, Certification Pursuant to Local Rule 6.1(d), Motion, Memorandum of Law, Certifications and Exhibits in the above-entitled action upon **Defendant TKNY PARTNERS LLC**, by delivering a true copy of each to **ANIL KAPOOR**, a member thereof. The person served was a male, dark skin, 5'7", black hair, 30-35 years old, 140 pounds, and authorized to accept service on behalf of the limited liability company.

                                                _____
                                                RALPH ADDONIZIO

Sworn to before me this

23rd day of April, 2007.

_____

       IRIS PESKIN
**Notary** Public, State of New York
     No. 01PE6151942
  **Qualified in Nassau County**
**Commission Expires August 28,** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED                    :
 RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,  :

                Plaintiffs,       : Case No. 07-CV-3108 (RWS)

     v.                                                          :

TKNY PARTNERS LLC,                                 :

                Defendant.       :

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty perjury, that on April 19, 2007 a copy of Plaintiffs' Order to Show Cause, Certification Pursuant to Local Rule 6.1(d), Motion, Memorandum of Law, Certifications and Exhibits were served by overnight carrier for next business day delivery addressed to each of the following:

TKNY Partners LLC
dba Dunkin' Donuts/Baskin-Robbins
2083 Lexington Avenue
New York, New York 10035

TKNY Partners LLC
370 West 30th Street, Apt. 5E
New York, New York 10001

Dated: April 23, 2007

                                                                                                         *(signature)*
                                                                                   **RONALD D. DEGEN (RD 7808)**