UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED                    :
 RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,  :

                Plaintiffs,         :   Case No. 07-CV-3108 (RWS)

     v.                                                      :

TKNY PARTNERS LLC,                                  :

                Defendant.          :

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on April 19, 2007 at 4:00 P.M. at 2083 Lexington Avenue, New York, New York I served the summons and complaint, together with the Rules of Judge Robert W. Sweet, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant TKNY PARTNERS LLC**, by delivering a true copy of each to **ANIL KAPOOR**, a member thereof. The person served was a male, dark skin, 5'7", black hair, 30-35 years old, 140 pounds, and authorized to accept service on behalf of the limited liability company.

                                                        RALPH ADDONIZIO

Sworn to before me this

23rd day of April, 2007.

         IRIS PESKIN
**Notary** Public, State of New York
       No. 01PE6151942
    **Qualified** in Nassau County
**Commission** Expires August 28, _____

<u>United States District Court Southern District of New York</u>

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
            Plaintiffs,

-against-                            Case Number 07 CV 3108
                                          JUDGE SWEET

TKNY PARTNERS, LLC
            Defendants,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on April 19th , 2007  2:15 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: Summons and  complaint, Individual practices of Judge Robert W. Sweet, USDC/SDNY 3rd Amended instructions for Filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

ON:   TKNY Partners, LLC

Defendant in this action, by delivering to and leaving with *Tammy Alexander,, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex:  female    Skin Color: black      Hair Color: black    Age (Approx.) 43

Height (Approx.)  5'4"        Weight (Approx.)  135   Other identifying features:

Sworn to before me this
20th  day of April 2007

_____
Notary Public
Richard Grice Notary Public State of New York
Saratoga County, No. 4835860
Commission Expires: May. 31, 2007

                                                                 Sara Grice