USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
New York Division

-----------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
    RESTAURANTS LLC,
    a Delaware Limited Liability Company,

BASKIN-ROBBINS FRANCHISED SHOPS LLC,
    a Delaware Limited Liability Company,

        Plaintiffs,

    v.                                                              C.A. No. 07-CV-3108 (RWS)

TKNY PARTNERS LLC,
    a New York Limited Liability Company,

        Defendant.

-----------------------------------------------------------x

RECEIVED APR 26 2007 JUDGE SWEET CHAMBERS

## CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and Baskin-Robbins Franchised Shops LLC (collectively, "Dunkin' or Dunkin' Donuts"), and Defendant TKNY Partners LLC, that this action, which Dunkin' Donuts filed seeking injunctive relief to enjoin Defendant to cease violating Dunkin' Donuts' standards for health, sanitation, and food safety at Defendant's shop, is settled upon the following terms and conditions:

1. That Dunkin' Donuts' Motion for a Preliminary Injunction is granted to the extent agreed to herein.

2. That Defendant shall cure the violations at its shop located at 145 East 125th Street, New York, New York, 10035, which is also known as 2083 Lexington Avenue, New

1

York, New York 10035, and identified on the Food Safety & Sanitation Reinspection Form dated April 23, 2007 (attached hereto as Exhibit A), and comply with Dunkin' Donuts' standards for health, sanitation, and food safety, as determined by Dunkin' Donuts based on a reinspection, by no later than May 4, 2007.

3. That Defendant pay Dunkin' Donuts' attorneys' fees and costs incurred in this action in the amount of six thousand one-hundred seventy-seven and 50/100 dollars ($6,177.50) by certified check made payable to "Dunkin' Donuts" by no later than May 4, 2007. Such payment shall be sent to Dunkin' Donuts' counsel, Jimmy Chatsuthiphan, Esq., Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C. 20037.

4. In the event that Defendant fails to satisfy any of their obligations under this Consent Order and Dunkin' Donuts is required to incur additional fees and costs to enforce the terms of this Order, Defendant shall be responsible for such fees and costs in addition to the fees and costs identified in paragraph 3 herein.

5. Upon Defendant curing the defaults at issue (as identified in paragraph 2) and paying Dunkin' Donuts' attorneys' fees and costs incurred in this action (as identified in paragraph 3), Dunkin' Donuts will dismiss this case against Defendant.

4.27.07
Date

ROBERT W. SWEET
United States District Judge

2

Respectfully submitted jointly,

| | |
|---|---|
| *Ronald D. Degen* (signature)<br>Ronald Degen, Esq. (RD 7808)<br>Scott Goldfinger, Esq. (SG 9219)<br>O'ROURKE & DEGEN, PLLC<br>225 Broadway, Suite 715<br>New York, New York 10007<br>Telephone:   (212) 227-4530<br>Facsimile:    (212) 385-9813<br><br>Robert L. Zisk (RZ 1275)<br>David E. Worthen (DW 8519)<br>Jimmy Chatsuthiphan (JC 3111)<br>GRAY, PLANT, MOOTY, MOOTY &<br>BENNETT, P.A.<br>2600 Virginia Avenue, N.W., Suite 1111<br>Washington, DC 20037<br>Telephone:   (202) 295-2200<br>Facsimile:   (202) 295-2250<br><br>*Attorneys for Plaintiffs*<br>Dunkin' Donuts Franchised Restaurants LLC<br>Baskin-Robbins Franchised Shops LLC<br><br>Date: April 25, 2007 | (signature)<br>Michael Einbinder, Esq. (ME 3930)<br>Einbinder & Dunn, LLP<br>104 West 40th Street<br>New York, New York 10018<br>Telephone:  (212) 391-9500<br>Facsimile:   (212) 391-9025<br><br>*Attorney for Defendant*<br>TKNY Partners LLC<br><br>Date: April 25, 2007 |