**EINBINDER & DUNN, LLP**
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

MICHAEL EINBINDER
TERRENCE M. DUNN *
JULIANNE COWAN LUSTHAUS ■

LINDEN E. THOMAS
ROSS H. GOULD °
RICHARD BAYER °

KENNETH L. LEIBY, JR.,° of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
■ MEMBER NY, NJ and NH BARS
° MEMBER NY and NJ BARS

FACSIMILE (212) 391-9025
www.ed-lawfirm.com

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929



May 9, 2007

**VIA FACSIMILE (212) 805-7925**
Honorable Judge Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007

07cv 3108 (RWS)

Re: **Dunkin Donuts Franchised Restaurant, LLC & Baskin-Robbins Franchised Shops, LLC v. TKNY Partners, LLC**

Dear Judge Sweet:

    This office represents the defendant, TKNY Partners, LLC, in the above matter. This letter is to advise you that counsel for the parties have conferred and agreed that, subject to the court's approval, defendant's time to serve and file an answer in the above matter shall be extended to May 23, 2007. This extension of defendant's time to serve and file an answer is necessary in order to facilitate the resolution of this case.

So ordered
Sweet
USDJ
5.10.09

Respectfully submitted,

EINBINDER & DUNN, LLP

Linden E. Thomas

LET:lr

cc: Jimmy Chatsuthiphan, Esq.
    (via facsimile (202) 295-2267)