SWEET, S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
New York Division
-----------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
 RESTAURANTS LLC,
 a Delaware Limited Liability Company,

BASKIN-ROBBINS FRANCHISED SHOPS LLC,
 a Delaware Limited Liability Company,

    Plaintiffs,

v.              C.A. No. 07-CV-3108 (RWS)

TKNY PARTNERS LLC,
 a New York Limited Liability Company,

    Defendant.
-----------------------------------------------------------x





## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC and BASKIN-ROBBINS FRANCHISED SHOPS LLC, by its attorneys, O'ROURKE & DEGEN, PLLC, hereby voluntarily give notice of the dismissal, without prejudice, of this action.

        Respectfully submitted,

        Ronald D. Degen, Esq. (RD 7808)
        Scott G. Goldfinger, Esq. (SG 9219)
        O'ROURKE & DEGEN, PLLC
        225 Broadway, Suite 715
        New York, New York 10007

1

Telephone: (212) 227-4530
Facsimile: (212) 385-9813
E-mail: rdegen@odlegal.com

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
Jimmy Chatsuthiphan (JC 3111)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC
Baskin-Robbins Franchised Shops LLC

Dated: May 30, 2007

SO ORDERED:

Sweet

UNITED STATES DISTRICT JUDGE

6.4.07

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on May 30, 2007 a copy of the Notice of Dismissal was sent this date by regular mail addressed to each of the following:

Michael Einbinder, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018

Dated: May 30, 2007

*Ronald D. Degen*
**RONALD D. DEGEN (RD 7808)**

3